IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED 2007 JUL 18 P 3:58

ALONZO AUSTIN.
Plaintiff,
V.
JAMES S. GASKINS; #14,
Individually and Officially
as Sargent of the FLORIDA
HIGHWAY PATROL
Defendant,

) Case No. 2:07cv658-WKW

# COMPLAINT

## FOR DEPRIVATION OF CIVIL RIGHTS, 42 USCA §1981 & 83

Plaintiff, alleges:, that Defendant Sgt. James S. Gaskins, of the Florida Highway Patrol, Maliciously Prosecuted Me, in violation of 42 U.S.C.S §1981 & 83 by depriving me, of rights, Privileges, and Immunities Secured for me, by the Constitution and the Laws of the United States. While acting under the Color of State Law.. 316.614 Sub section (4)(b).

## I. Introduction

1. This is an action Pursuant to the Civil Rights Act. of 1871, 42 U.S.C. §1981 and §1983, and 28 U.S.C. § 1343 seeking redress for the deprivation of the Plaintiff's Constitutional rights. Venue is Proper in the MIDDLE District of ALABAMA as all the acts Complained of occurred in Leon County of Florida.

## II. Jurisdiction.

2. This court has Jurisdiction over this action under 28 U.S.C. § 1343(a)(3) for a violation of Constitutional rights as provided in 42 U.S.C. § 1981 and § 1983. The plaintiff Seeks injuctive relief and monetary damages as well as cost pursuant to 42 U.S.C. § 1988.

3. The plaintiff Seeks redress for violation of the plaintiff's rights pursuant to the fourth Amendment of the Constitution of the united States to be free from illegal Seizures; the plaintiff's right to be free from police harassment and intimidation as provided for in the fifth and six Amendments of the Constitution of the united States; the plaintiff's right to be free from malicious prosecution, malicious abuse of process and unlawful seizure as provided for by the fourth and fourteenth Amendments to the Constitution of the united States; and the plaintiff's right to equal protection of the Law as guaranteed by the fourteenth Amendment to the Constitution of the united States.

## III. Identity of Parties

4. The plaintiff, ALONZO AUSTIN is an adult individual residing at 1321 Oliver-Carlis Rd. Tuskegee, Al. 36083.

5. The defendant, James S. Gaskins, was at all times relevant to the allegations

Contained in this Complaint a duly appointed Highway Patrol officer with the State of Florida and was acting within the Nature and Scope of the defendant's Official duties as a member of the STATE OF Florida Highway Patrol Department.

6. At all times relevant To the allegations Contained herein, Sgt. James S. Gaskins, as a Member of the Florida Highway Patrol acted under the Color of State Law, regulations, Customs, and policies.

IV. Facts.

7. ON april 18, 2006 8:24 Pm Plaintiff Was the operator of a Vehicle in the County of Leon, Florida.

8. ON april 18, 2006 at 8:24pm Defendant Sgt. James S. Gaskins, was Wearing the uniform of the FLORIDA State Highway Patrol and Was operating a Motor Vehicle identified as a Florida Highway patrol unit.

9. ON april 18, 2006, without probable Cause or justification, Defendant Sgt. James Gaskins activated the emergency Lighting System of the Patrol Vehicle and Cause Plaintiff to stop My Vehicle.

10. ON april 18, 2006, Defendant Sgt. James S. Gaskins issued to Plaintiff Citation

Number 7757-SDH, Charging Plaintiff with Violating the State Statute Section 316.614.4b relating to Florida States mandatory Seat belt Law The preposed total fine and cost on the Citation Was stated as $76.50 in addition, UNDER IMPORTANT INSTRUCTIONS TO INDIVIDUAL CHARGED WITH A NON-CRIMINAL TRAFFIC INFRACTION NOT REQUIRING A COURT APPEARANCE it reads, you were Charged with a civil infraction which requires that you Comply with one of the following options with the Clerk of County Court in the County where you received this Citation within (30) Calendar days IF YOU FAIL TO COMPLY WITHIN THE SPECIFIED PERIOD. YOUR DRIVING PRIVILEGES WILL BE SUSPENDED UNTIL YOU COMPLY. YOU SHALL BE REQUIRED TO PAY AN ADDITIONAL CIVIL PENALTY AND A SERVICE FEE. a copy of the Citation is attached hereto and incorporated herein as Exhibit "A".

11. Following the issuance of the Citation Plaintiff Moved for a Dismissal offering as his defense to Violating Statute 316.614.4b "Florida's Mandatory Seat belt Law": Preemption Which State, pursuant to West's F.S.A.: § 316.614(9) a city is preempted from enacting an ordinance that makes the failure to wear a Safety belt while operating a vehicle on city streets a primary offense. OP. Atty. Gen. 95-13 Feb. 9, 1995

12. A Court hearing Was held on 7/19/06 and Charges were Dismissed see attached as exhibit "B".

13. ON 7/19/06 at 1:30pm Plaintiff appeared at the court to defend the allegations contained in the Citation. Case# 2006 TR 023419 The Defendant Sgt. James S. Gaskins failed to appear.

14. Defendant Sgt. James S. Gaskins, has Subjected plaintiff to malicious prosecution and malicious abuse of process by issuing the Citation 7757-SDH to plaintiff Who was traveling in Leon County Florida going to Jacksonville Florida in violation of the State of Florida Preemption Doctrine. and under the color of State Law, on 4/18/06.

15. Plaintiff paid $211.93 For Rental Car Food and Lodgings to defend against this false and malicious charge by Defendant Gaskins as plaintiff resides approximately 450 miles round trip from Tallahassee Florida.

16. The bad faith and malicious action by Defendant Sgt. James S. Gaskins as described in this complaint Constitute a deprivation of Plaintiff's Constitutional rights including but Not Limited to:

(a) plaintiff's right pursuant to the fourth and fourteenth Amendments of the Constitution of the United States to be Free From illegal Seizures;

(b) Plaintiff's right to be free from police

harassment and intimidation as provided for in the fifth, Sixth, and Fourteenth Amendments of the Constitution of the UNIted States;

(C) plaintiff's right to be free from Malicious prosecution, malicious abuse of process as provided for by the fourth and fourteenth Amendments to the Constitution of the United States.

(d) plaintiff's right to equal protection of the Law as provided for by the fourteenth Amendment to the Constitution of the united States.

17. As a direct and proximate results of the deliberate acts of Defendant Sgt. James S. Gaskins as described in this complaint, plaintiff has Suffered Severe emotional disteress, intimidation harassment and the aforementioned deprivation of Rights plaintiff has also incurred actual damage of $211.93 and Court Cost.

18. Defendant Sgt. James S. Gaskins action Contained Within this Complaint Warrants punitives Damages and he Should be Ordered to refrain From issuing any more UNLAWFUL CITation pursuant to the preemption Doctrine in the State of Florida. Cited as Op. Atty. Gen. 95-13 Feb. 9, 1995..

WHEREFORE, plaintiff demands judgement against the defendant Sgt. James S. Gaskins, in an amount of $211.93 actual, $100,000.00 punitive plus costs and an injunction against defendant Sgt. James S. Gaskins, prohibiting him from issuing unlawful citations in violation of the preemption cited above in this complaint.

X Alonzo Austin, pro se
by, Alonzo Austin, pro se

ALONZO Austin
1321 Oliver-Carlis Rd.
Tuskegee, AL. 36083
Ph.# (334) 727-5476

CERTIFICATE OF SERVICE.

I do hereby certify that I have served a copy of the foregoing document upon the defendant sgt. James S. Gaskins at.
2100 Mahan Drive
Tallahassee, FL. 32308
by depositing same in the United States mail postage prepaid on the 18th day of July, 2007.

X Alonzo Austin, pro se
by, Alonzo Austin pro se

Alonzo Austin
1321 Oliver-Carlis Rd.
Tuskegee, AL. 36083
Ph.# (334) 727-5476

8 of 9

EXHIBIT "A"



FLORIDA UNIFORM TRAFFIC CITATION

7757-SDH CHECK DIGIT 5

COUNTY OF: LEON

CITY (IF APPLICABLE)

[X] (1) F.H.P. [ ] (2) P.D. [ ] (3) S.O. [ ] (4) OTHER

FLORIDA HIGHWAY PATROL AGENCY

IN THE COURT DESIGNATED BELOW THE UNDERSIGNED CERTIFIES THAT HE/SHE HAS JUST AND REASONABLE GROUNDS TO BELIEVE AND DOES BELIEVE THAT ON

SUMMONS (DEFENDANT'S COPY)

| DAY OF WEEK | MONTH | DAY | YEAR | TIME |
|---|---|---|---|---|
| TUESDAY | 04 | 18 | 2006 | 08:24 [ ] A.M. [X] P.M. |

NAME (PRINT) FIRST: ALONZO MIDDLE: LAST: AUSTIN

IF DIFFERENT THAN ONE ON DRIVER LICENSE "X" HERE

STREET: 1321 OLIVER CARLIS RD

CITY: TUSKEGEE STATE: AL ZIP CODE: 36083

TELEPHONE NUMBER — DATE OF BIRTH MO 04 DAY 03 YR 1946 — RACE B — SEX M — HGT 603

DRIVER LICENSE NUMBER: 4575542

STATE: AL CLASS: D CDL LICENSE: N YR LICENSE EXP.: 2008 IF COMMERCIAL MTR. VEH. "X" HERE [ ]

YR. VEHICLE: 1973 MAKE: MERZ STYLE: 4D COLOR: BLK IF PLACARDED HAZARDOUS MATERIAL "X" HERE [ ]

VEHICLE LICENSE NO.: 46B789C TRAILER TAG NO. STATE: AL YEAR TAG EXPIRES: 2006 IF COMPANION CITATION(S) "X" HERE [ ]

UPON A PUBLIC STREET OR HIGHWAY, OR OTHER LOCATION, NAMELY: EB SR8/204MM

FT. ________ MILES ________ [ ] N [ ] S [ ] E [ ] W OF NODE ________

DID UNLAWFULLY COMMIT THE FOLLOWING OFFENSE. CHECK ONLY ONE OFFENSE EACH CITATION.

[ ] UNLAWFUL SPEED ________ MPH SPEED APPLICABLE ________ MPH

([ ] INTERSTATE [ ] 4-LANE HWY WITH 20 FT. MEDIAN OUTSIDE BUS. OR RES. DIST.)

[ ] CARELESS DRIVING — [X] SAFETY BELT VIOLATION — [ ] EXPIRED DRIVER LICENSE

[ ] VIOLATION OF TRAFFIC CONTROL DEVICE — [ ] IMPROPER OR UNSAFE EQUIPMENT — [ ] FOUR (4) MONTHS OR LESS

[ ] VIOLATION OF RIGHT-OF-WAY — [ ] EXPIRED TAG — [ ] MORE THAN FOUR (4) MONTHS

[ ] IMPROPER CHANGE OF LANE OR COURSE — [ ] SIX (6) MONTHS OR LESS — [ ] NO VALID DRIVER LICENSE

[ ] IMPROPER PASSING — [ ] MORE THAN SIX (6) MONTHS — [ ] DRIVING WHILE LICENSE SUSPENDED OR REVOKED

[ ] CHILD RESTRAINT — [ ] NO PROOF OF INSURANCE

[ ] DRIVING UNDER THE INFLUENCE OF ALCOHOLIC BEVERAGES, CHEMICAL OR CONTROLLED SUBSTANCES, DRIVING/ACTUAL PHYSICAL CONTROL WHILE IMPAIRED, OR DRIVING/ACTUAL PHYSICAL CONTROL WITH UNLAWFUL BLOOD/URINE ALCOHOL LEVEL. BAL ________ %

OTHER VIOLATIONS OR COMMENTS PERTAINING TO OFFENSE:

DRIVER

AL DL

[ ] AGGRESSIVE DRIVING [X] IN VIOLATION OF STATE STATUTE SECTION 316.614 SUB-SECTION 4b

CRASH [ ] YES [X] NO — PROPERTY DAMAGE [ ] YES $ ____ [ ] NO — INJURY TO ANOTHER [ ] YES [ ] NO — SERIOUS BODILY INJURY TO ANOTHER [ ] YES [ ] NO — FATAL [ ] YES [ ] NO

[ ] CRIMINAL VIOLATION COURT APPEARANCE REQUIRED AS INDICATED BELOW

[ ] INFRACTION COURT APPEARANCE REQUIRED AS INDICATED BELOW

[X] INFRACTION WHICH DOES NOT REQUIRE APPEARANCE IN COURT

7757-SDH CHECK DIGIT 5

COURT INFORMATION

DATE: PAY IN 30 DAYS TO LEON COUNTY TVB TIME: PM

COURT: 1920 THOMASVILLE RD TALLAHASSEE FL 32303

LOCATION: 8505774100 OR WWW CLERK LEON FL US

ARREST DELIVERED TO ________ DATE ________

I AGREE AND PROMISE TO COMPLY AND ANSWER TO THE CHARGES AND INSTRUCTIONS SPECIFIED IN THIS CITATION. WILLFUL REFUSAL TO ACCEPT AND SIGN THE CITATION MAY RESULT IN ARREST. I UNDERSTAND MY SIGNATURE IS NOT AN ADMISSION OF GUILT OR WAIVER OF RIGHTS. IF YOU NEED REASONABLE ACCOMMODATIONS TO COMPLY WITH THIS CITATION, CONTACT THE CLERK OF THE COURT.

X SIGNATURE OF DEFENDANT

SGT. J.S. GASKINS — 14 — 1892 — H

RANK - SIGNATURE OF OFFICER — BADGE NO. — ID. NO. — TROOP UNIT

HSMV 75901 (Rev. 5/02)

BELT

B7 or Crl

## IMPORTANT INSTRUCTIONS TO INDIVIDUAL CHARGED WITH A NON-CRIMINAL TRAFFIC INFRACTION NOT REQUIRING A COURT APPEARANCE

You were charged with a civil infraction which requires that you comply with one of the following options with the Clerk of County Court in the county where you received this citation within thirty (30) calendar days. IF YOU FAIL TO COMPLY WITHIN THE SPECIFIED PERIOD, YOUR DRIVING PRIVILEGE WILL BE SUSPENDED UNTIL YOU COMPLY. YOU SHALL BE REQUIRED TO PAY AN ADDITIONAL CIVIL PENALTY AND A SERVICE FEE.

OPTIONS:

1. Pay a civil penalty in the amount of $76.50 by mail or in person to the Clerk of Court. Payment must be received by the clerk within the period specified. POINTS WILL BE ASSESSED AS APPLICABLE. FOR DRIVER LICENSE, TAG OR REGISTRATION, OR INSURANCE INFRACTIONS, PROOF OF COMPLIANCE IN THE FORM OF A VALID DRIVER LICENSE, REGISTRATION CERTIFICATE OR PROOF OR INSURANCE, WHICHEVER IS APPLICABLE, IS REQUIRED IN ADDITION TO PAYMENT.

NOTE: IF YOUR DRIVER LICENSE, TAG, REGISTRATION, OR INSURANCE WAS VALID AT THE TIME THE CITATION WAS ISSUED, YOU MAY PRESENT THE DRIVER LICENSE, TAG, REGISTRATION OR PROOF OF INSURANCE WITHIN THIRTY (30) CALENDAR DAYS TO CLERK OF COURT, AND THE CHARGE WILL BE DISMISSED. A FEE MAY BE ASSESSED. If you cannot provide proof of registration or insurance, you may sign a sworn statement at the Clerk's office.

NOTE: YOU MUST ENCLOSE THIS CITATION IF YOU MAIL PAYMENT. PAYMENT SHOULD BE IN THE FORM OF MONEY ORDER OR A CASHIER'S CHECK.

[ ] PERSONAL CHECKS ARE ACCEPTED [ ] PERSONAL CHECKS ARE NOT ACCEPTED

(Make Payable to the Clerk of the County Court)

MAIL ADDRESS FOR THE CLERK OF COURT: ________

2. Elect a court hearing by contacting the Clerk of Court at the address listed above or indicated on the front of your citation. If you request a hearing and the County Judge/Magistrate determines that you have committed the offense, the County Judge/Magistrate may impose a penalty not to exceed 500.00 or require completion of a Driver Improvement Course, or both. POINTS WILL BE ASSESSED AS APPLICABLE. If the County Judge/Magistrate determines that no infraction has been committed, no cost or penalties shall be imposed and any cost or penalties which have been paid shall be returned.

3. Elect to attend and complete a Driver Improvement Course approved by Florida. Initiate by contacting the Clerk of Court listed above. In such case, adjudication shall be withheld and POINTS SHALL NOT BE ASSESSED provided you have not made a prior election to attend within the 12 months preceding this election. No person may make more than five of these elections (F.S. 318.14(9)). By electing this option you shall pay a penalty. Also, a court cost may be required. This option is not available for driver license, tag or registration violations, or commercial motor vehicle violations of F.S.322.62.

4. If you were charged with violation of F.S. 322.065 (driver license expired for 4 months or less), F.S. 320.07(3)(a) (tags or registration expired 6 months or less), F.S. 322.15(1) (failure to display a valid driver license), F.S. 320.0605(1) (failure to possess a valid registration) or F.S. 316.646(1) (failure to maintain proof of insurance), you may, in lieu of payment of fine or court appearance, elect to enter a plea of nolo contendere and present a valid driver license, tag or registration or proper proof of insurance to the Clerk of Court. In such case, adjudication shall be withheld by the Clerk. You must pay court costs. This option is available ONLY if you HAVE NOT made this election within the last twelve (12) months. No person may make more than three (3) elections under this provision in a lifetime F.S. 318.14(10)(a). If you fail to comply within the specified period, your driving privilege will be suspended as of the date of such failure, until compliance is met. You shall be required to pay an additional civil penalty and a service fee.

5. If charged with F.S.316.610, operating a motor vehicle in an unsafe condition or not properly equipped as required in F.S.316.610, or F.S.316.2935, non-criminal violation, you may, WITHIN THIRTY (30) DAYS from the date the citation was issued, have the defect corrected, pay a $4.00 fee to the local police or sheriff's office and have the CORRECTION CERTIFIED ON AN AFFIDAVIT OF COMPLIANCE BY THE POLICE OR SHERIFF'S OFFICE. YOU MUST MAIL OR PRESENT THE AFFIDAVIT OF COMPLIANCE, TOGETHER WITH A $7.50 FEE TO THE CLERK OF THE COURT WITHIN THIRTY (30) DAYS OF THE DATE THE CITATION WAS ISSUED. NO POINTS WILL BE ASSESSED.

NOTE: This option shall not apply to violations of F.S.316.610 by a commercial motor vehicle or transit bus owned by a government entity.

### FAULTY EQUIPMENT AFFIDAVIT OF COMPLIANCE
(For Local Police or Sheriff's Department Use Only)

I certify that the equipment on this vehicle described herein as indicated on the front of this citation has been corrected and upon this date complies with the requirements of the traffic laws of Florida.

DATE ________ (CHECK ONE) [ ] Local Police [ ] Sheriff

Signed ________

Name, Title, and ID#

Agency Address — County

Accumulation of Points May Increase Your Costs of Motor Vehicle Insurance If You Were Exceeding the Speed Limit by More Than 15 MPH: This is Your Second Infraction Within the Past 18 Months; or This is Your Third or Subsequent Infraction Within the Past 36 Months ( F.S.626.9541(1)(0)(4) ).

9 OF 9

EXHIBIT "B" 4

**INFRACTION HEARING**

**LEON COUNTY, FL**
**CLERK OF COURTS**
**TRAFFIC DIVISION**

1920 Thomasville Rd.
Tallahassee, FL 32303
(850) 577-4100
8:30 AM to 5:30 PM

**Hearing:** 7/19/2006 1:30 PM: AUSTIN, ALONZO

**Citation:** 7757-SDH

**Charge:** DRIVER NOT BELTED - TO BE CITED

**Case:** 2006 TR 023419

**Hearing Officer:** [ ] Sparkman [X] Roberts

**Plea:** [ ] Guilty [ ] No Contest [X] Not Guilty

**Adjudic[illegible]** [ ] Guilty [X] Dismissed [ ] Adjudication Withheld [ ] Not Guilty

**Fin[illegible]** ______ **Court Costs:** $__________ **Driving School:** [ ] Defensive [ ] Advanced

[ ] Fine/Court Costs and/or [ ] Complete Driving School by ______________________

[illegible] Cor[illegible]: ______________________

Da[illegible] [illegible]ry Clerk: M.B

**INFRACTION HEARING**