AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Alonzo Austin,
Plaintiff,

v.

Sgt. James S. Gaskins
Individually and Officially
as Sargent of Florida
Highway Patrol,
Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07cv658-WKW

TO: (Name and address of Defendant)

Sgt. James S. Gaskins
2100 Mahan Drive
Tallahassee, FL. 32308

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alonzo Austin, Pro Se
1321 Oliver-Carlis Rd.
Tuskegee, Al. 36083

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

7/19/07
DATE

(By) DEPUTY CLERK