IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

ALONZO AUSTIN,
    Plaintiff
v.                                    Case No. 2:07CV658-WKW
Sgt. JAMES S. GASKINS,
    Defendant

## CONFLICT DISCLOSURE STATEMENT

COMES NOW, ALONZO AUSTIN, Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, Limited Liability entity members and managers, trustees affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[X] There are no entities to be reported.

by, Alonzo Austin, pro se
Alonzo Austin
1321 Oliver-Carlis Rd.
Tuskegee, AL. 36083
Ph # (334) 727-5476

July 24, 2007.
Date.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____DIVISION

### CERTIFICATE OF SERVICE

I, _ALONZO AUSTIN_, do hereby Certify that a true and correct copy of the foregoing has been furnished by _U.S. mail_ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this _24th_ day of _July_ 20_07_ to:

Sgt. James S. Gaskins
2100 Mahan Drive
Tallahassee, FL, 32308

_July 24, 2007_
Date

_Alonzo Austin pro se_
Signature