**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Sgt. JAMES S. Gaskins
   2100 Mahan Drive
   Tallahassee, FL,
   32308

2. Article Number
   (Transfer from service label)

   7006 2760 0001 7559 0438

PS Form 3811, February 2004     Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Emily Brown
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)
   Evelyn Brown

C. Date of Delivery
   7-23

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   07cv658
   SRC

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes