IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ALONZO AUSTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07CV658-WKW |
| | ) | |
| JAMES S. GASKINS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

In this action, plaintiff brings claims pursuant to 42 U.S.C. § 1983 and § 1981 asserting that the defendant, a Florida Highway Patrol officer, violated his civil rights by unlawfully stopping him and maliciously prosecuting him for violation of the Florida seat belt law. According to the complaint, plaintiff's claims arise from a traffic stop which occurred in Leon County, Florida. The address provided by plaintiff for service of the complaint on defendant is in Tallahassee, Florida. (Docs. ## 1, 2).

The applicable venue statute provides:

> A civil action wherein jurisdiction is not founded solely on diversity of citizenship may, except as otherwise provided by law, be brought only in (1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought.

28 U.S.C. §1391(b). Thus, it affirmatively appears from the complaint and summons that venue is proper only in the Northern District of Florida.

For good cause, it is

ORDERED that plaintiff is DIRECTED to show cause, on or before August 27, 2007, why this action should not be dismissed for improper venue.

It is further ORDERED that the Clerk is DIRECTED to provide this order to the defendants at the address provided by plaintiff for service of the summons and complaint, and that, if defendant wishes to waive improper venue, he is DIRECTED to so notify the court, in writing, on or before August 27, 2007.

It is further ORDERED that defendant's deadline for responding to the complaint is hereby extended generally, pending resolution of the venue issue and further order of the court.

DONE, this 15th day of August, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE