UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 AUG 20 A 9: 24

__. P. HACKETT, CLK
_S. DISTRICT COURT
MIDDLE DISTRICT ALA

ALONZO AUSTIN,

    Plaintiff,

v.

                              Case No.: 2:07-cv-658-WKW

JAMES S. GASKINS, #14, Individually
and Officially as Sergeant of the Florida
Highway Patrol,

    Defendant.
_____/

## ALBERT J. BOWDEN III'S MOTION FOR PRO HOC VICE ADMISSION TO APPEAR ON BEHALF OF THE DEFENDANT

    Albert J. Bowden, III, moves pursuant to Local Rule 83.1(b) for Pro Hoc Vice admission in this matter. In support thereof, Mr. Bowden states the following:

    1. I am a Senior Assistant Attorney General with the Office of the Attorney General, Tallahassee, Florida.

    2. I have practiced as a member of the Florida bar since 1989, and am currently admitted in good standing with the U.S. District Court in the Northern District, Middle District, and Southern District of Florida.

    3. I have been advised that Sgt. James S. Gaskins has been named defendant in the above-captioned matter. Defendant Gaskins is a Sergeant with the Florida Highway Patrol ("FHP"), a division of the Florida Department of Highway Safety and Motor Vehicles, which is an agency of the State of Florida. The Defendant's business address is the FHP troop station at

2100 Mahan Drive, Tallahassee, Leon County, Florida..

4. It is my understanding that Plaintiff Alonzo Austin, a resident of Tuskegee, Alabama, has filed this suit as a result of a traffic stop that Defendant effected in Leon County, Florida, on April 18, 2006.

5. The Office of the Attorney General regularly and routinely represents Florida state agencies and its employees in civil litigation. Defendant wishes to retain the services of the Office of the Attorney General for his defense. Moreover, I have been assigned responsibility for this matter.

6. Attached hereto as Exhibit "A" is a certificate of good standing from the United States District Court, Northern District of Florida. The required $20.00 fee is being forwarded to the Clerk of Court with this motion.

7. It is respectfully submitted that I have complied with all necessary requirements for admission pro hoc vice, and, furthermore, that good cause exists for that admission.

WHEREFORE, for the reasons previously expressed, the undersigned respectfully requests entry of an order allowing Pro Hoc Vice admission for the Office of the Attorney General, and for the undersigned.

Respectfully submitted,

BILL McCOLLUM
Attorney General

_____
ALBERT J. BOWDEN, III

Fla. Bar No. 802190
Senior Assistant Attorney General
Office of the Attorney General
Civil Litigation
The Capitol - PL 01
Tallahassee, FL 32399-1050
850-414-3675
850-414-3716 (Direct)
850-4488-4872 (Fax)
Attorney for Defendant

CERTIFICATE OF SERVICE

I Albert J. Bowden, III, do hereby Certify [17th] that a true and correct copy of the foregoing has been furnished by regular U.S. Mail on this ~~16th~~ day of August, 2007 to Alonzo Austin, Pro Se Plaintiff, at 1321 Oliver-Carlis Road, Tuskegee, Alabama, 36083.

Date 8/17/07

Albert J. Bowden, III

F:\Users\STATE\AI\CASES\Austin\Motions\ProHocViceAdmission.wpd

**WILLIAM M. MCCOOL**
CLERK OF COURT
111 N. ADAMS STREET
TALLAHASSEE, FLORIDA 32301-7717
850.521.3501
850.521.3656 FAX

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF FLORIDA
**OFFICE OF THE CLERK**

**SHEILA HURST-RAYBORN**
CHIEF DEPUTY CLERK
111 N. ADAMS STREET
TALLAHASSEE, FLORIDA 32301-7717
850.521.3501
850.521.3656 FAX

Visit our web site at www.flnd.uscourts.gov

Reply to: Tallahassee Division

August 17, 2007

# CERTIFICATE OF GOOD STANDING

I, WILLIAM M. MCCOOL, Clerk of the United States District Court for the Northern District of Florida, DO HEREBY CERTIFY THAT **ALBERT BOWDEN, Florida Northern District Bar Number 802190**, was duly admitted to practice in this Court on **June 19, 1991**, and is in good standing as a member of the bar of this Court.

**WILLIAM M. MCCOOL, CLERK OF COURT**

_Kayla Bruner_

KAYLA BRUNER, DEPUTY CLERK

EXHIBIT "A"

---

*The mission of the Office of the Clerk of the Northern District of Florida is to provide superior service to the public and the Court.*

---

Gainesville Division
401 SE 1st Avenue
Gainesville, Florida 32601
352.380.2400
352.380.2424 FAX

Pensacola Division
1 N. Palafox Street
Pensacola, Florida 32502-5658
850.435.8440
850.433.5972 FAX

Tallahassee Division
111 N. Adams Street
Tallahassee, Florida 32301-7717
850.521.3501
850.521.3656 FAX

Panama City Division
30 W. Government Street
Panama City, Florida 32401
850.769.4556
850.769.7528 FAX

```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000185
Cashier ID: khaynes
Transaction Date: 08/20/2007
Payer Name: STATE OF FLORIDA
------------------------------------
PRO HOC VICE
 For: STATE OF FLORIDA
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:         $20.00
------------------------------------
CHECK
 Check/Money Order Num: 4101021562
 Amt Tendered:  $20.00
------------------------------------
Total Due:      $20.00
Total Tendered: $20.00
Change Amt:     $0.00

M/PHV- ALBERT BOWDEN

2:07-CV-658-WKW
AUSTIN V. GASKINS
```