UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 AUG 20 A 9: 24

P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

ALONZO AUSTIN,

　　　　Plaintiff,

v.                                                    Case No.: 2:07-cv-658-WKW

JAMES S. GASKINS, #14, Individually
and Officially as Sergeant of the Florida
Highway Patrol,

　　　　Defendant.
_____/

## ALBERT J. BOWDEN III'S MOTION FOR PRO HOC VICE ADMISSION TO APPEAR ON BEHALF OF THE DEFENDANT

　　Albert J. Bowden, III, moves pursuant to Local Rule 83.1(b) for Pro Hoc Vice admission in this matter. In support thereof, Mr. Bowden states the following:

　　1. I am a Senior Assistant Attorney General with the Office of the Attorney General, Tallahassee, Florida.

　　2. I have practiced as a member of the Florida bar since 1989, and am currently admitted in good standing with the U.S. District Court in the Northern District, Middle District, and Southern District of Florida.

　　3. I have been advised that Sgt. James S. Gaskins has been named defendant in the above-captioned matter. Defendant Gaskins is a Sergeant with the Florida Highway Patrol ("FHP"), a division of the Florida Department of Highway Safety and Motor Vehicles, which is an agency of the State of Florida. The Defendant's business address is the FHP troop station at

**MOTION GRANTED**   Page 1 of 3

THIS 23rd DAY OF August, 20 07

_____
UNITED STATES MAGISTRATE JUDGE