PG 1 of 2

RECEIVED
2007 AUG 27 P 12:17

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ALONZO AUSTIN,
    Plaintiff,
v.
JAMES S. GASKINS,
    Defendant,

) CIVIL ACTION NO. 2:07 CV 658-WKW
) "Demand for Jury Trial"

**PLAINTIFF ALONZO AUSTIN, MOTION IN RESPONSE TO COURT ORDER TO SHOW CAUSE DOCUMENT #6-1 DATE FILED: 8/15/07 OR IN THE ALTERNATIVE PLAINTIFF REQUEST FOR TRANSFER TO PROPER VENUE**

COMES NOW, plaintiff ALONZO AUSTIN, pursuant to ORDER TO SHOW CAUSE, as to why this action should Not be dismissed for improper Venue, and Moves this honorable Court, to Consider the following as Corrected grounds for proper Venue.

1. Plaintiff is a Citizen of ALABAMA, Defendant is, upon information and belief, a Citizen of Florida. THE matter in Controversy exceeds the Sum of $75,000 exclusive of interest and costs.

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331, 1332 and 1343(a)(3) and 42 U.S.C. §§ 1983 & 81.

3. Plaintiff also invokes Supplemental jurisdiction of this Court over plaintiff's State Claims against Defendant for Common Law Violations pursuant to 28 U.S.C. § 1367 as the Common Law Claims

2 of 2

form part of the same case or controversy.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391 upon Diversity of Citizenship.

5. Or in the alternative plaintiff requests that this court enter an order transferring this cause pursuant to 28 U.S.C.A. § 1404 to the proper Venue.

WHEREFORE Premises Considered, plaintiff prays for the granting of said relief. *Alonzo Austin Pro Se*

Respectfully Submitted,

by. *Alonzo Austin, pro se*
ALONZO AUSTIN
1321 Oliver-Carlis Rd.
Tuskegee, Al. 36083
Ph. #(334) 727-5476

CERTIFICATE OF SERVICE.

I do hereby certify that I have served a copy of the foregoing Document upon the Defendant Sgt. James S. Gaskins, at, 2100 Mahan drive Tallahassee FL. 32308. by depositing same in the United States Mail, postage prepaid on this 27th day of August 2007. *Alonzo Austin Pro Se*

C/o Albert L. Bowden III
OFFICE OF THE Attorney General
CIVIL Litigation
THE Capitol - PL. 01
Tallahassee FL. 32399.

by. *Alonzo Austin Pro Se*
ALONZO AUSTIN
1321 Oliver-Carlis Rd.
Tuskegee, Al. 36083
Ph# (334) 727-5476